# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA     :    No. 94 MM 2020

                v.                            :

WALTER STANLEY REISS              :

PETITION OF: GERALD STEIN, ESQ.    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of August, 2020, in consideration of the "Application to Withdraw Appearance of Counsel," this matter is REMANDED to the Court of Common Pleas of Northampton County for it to determine whether counsel should be permitted to withdraw. If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Walter Stanley Reiss being appointed new counsel or granted leave to proceed *pro se*.

     The Court of Common Pleas of Northampton County is DIRECTED to enter its order regarding this remand within 90 days and to promptly notify this Court of its determination.